[No. 26218-5-II.   Division Two.   September 28, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. DARNELL
PARKS, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 00-1-00996-0, Kitty-Ann van Doorninck, J.,
entered June 21, 2000. *Affirmed* by unpublished opinion
per Bridgewater, J., concurred in by Hunt, A.C.J., and
Houghton, J.

[No. 26508-7-II.   Division Two.   September 28, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. KATHLEEN LUCIA
SAYRE, *Appellant*.

Appeal from a judgment of the Superior Court for Kit-
sap County, No. 00-1-00822-6, Leonard W. Costello, J.,
entered October 4, 2000. *Affirmed* by unpublished opinion
per Bridgewater, J., concurred in by Hunt, A.C.J., and
Houghton, J.

[No. 43151-0-I.   Division One.   October 1, 2001.]

*In the Matter of the Personal Restraint of* TERRY LEE RICK,
*Petitioner.*

Petition for relief from personal restraint. *Denied* by
unpublished opinion per Ellington, J., concurred in by
Grosse and Baker, JJ.

[No. 44442-5-I.   Division One.   October 1, 2001.]

*In the Matter of the Detention of* LEROY GLENN JONES,
*Petitioner.*

Appeal from a judgment of the Superior Court for King
County, No. 97-2-23737-8, Joan E. DuBuque, J., entered
March 15, 1999. *Reversed* by unpublished opinion per
Grosse, J., concurred in by Webster and Kennedy, JJ.